UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ANDJEKLO RADOVCIC,                              O R D E R

                    Plaintiff,                  CV-06-3415 (ARR)

        -against-

CITY OF NEW YORK,

                    Defendants.
----------------------------------X

An initial conference will be held in the above-captioned case on October 23, 2006 at 2:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       July 13, 2006

                                    _____
                                    JOAN M. AZRACK
                                    UNITED STATES MAGISTRATE JUDGE